limited the term. Instead, it explicitly exempts from consideration as "compensation" in section 70.600(8)(b) *"any* employee benefit plan or trust." "Where [as here] the legislative intent is made evident by giving the language employed in the statute its plain and ordinary meaning, we are without authority to read into the statute an intent ... contrary thereto." *Pavlica v. Dir. of Revenue,* 71 S.W.3d 186, 189 (Mo.App. W.D.2002). Whether City's deferred compensation plan is proper under the Code is irrelevant under the plain language of section 70.600(8). Employees argue that to so hold will allow an employer to get away with not reporting to LAGERS its contributions to any plan it should arbitrarily deem an "employee benefit plan or trust," regardless of its eligibility for the standard tax benefits of a retirement plan. Without going into great detail about all of the concomitant tax and reporting issues involved with employee benefit plans and trusts, we do not think it is likely such a situation will result from our holding. Point denied.

## Conclusion

City is entitled to summary judgment on Employees' declaratory judgment action. Its matching contributions to Employees' deferred compensation accounts are not "compensation" to be reported to LAGERs under section 70.600(8)(b). Judgment affirmed.

LOWENSTEIN, P.J., and EDWIN H. SMITH, J., concur.

---

**Wendy Lois PEARSON, Respondent,**

v.

**Jayice PEARSON, Appellant.**

**No. WD 63040.**

Missouri Court of Appeals,
Western District.

July 20, 2004.

James T. Cook, Kansas City, for Appellant.

Wendy Lois Pearson, Lee's Summit, pro se.

Before BRECKENRIDGE, P.J., and SMART and HOWARD, JJ.

### Order

PER CURIAM.

Jayice Pearson appeals the circuit court's judgment denying his motion to modify a dissolution decree as it pertained to child custody. We affirm. Rule 84.16(b).

---

**STATE of Missouri ex rel. PERKINS COIE LLP and Douglas L. Thorpe, Relators,**

v.

**Honorable Edith L. MESSINA, Judge of the Circuit Court of Jackson County, Missouri, Div. 12, Respondent.**

**No. WD 63619.**

Missouri Court of Appeals,
Western District.

July 20, 2004.